UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:03-cr-00007-MOC

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | ORDER |
|  | ) |  |
| **SAMUEL CLINT BLANCHER**, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**THIS MATTER** is before the Court on Defendant's motion for compassionate release. (Doc. No. 44).

## ORDER

**IT IS ORDERED** that within 30 days the Government **SHALL** file a response to Defendant's motion for compassionate release.

Signed: July 25, 2024

Max O. Cogburn Jr.
United States District Judge